# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
### ORLANDO DIVISION

**JOHN B. MACNEILL,**

        **Plaintiff,**

-vs-                                       **Case No. 6:09-cv-706-Orl-31DAB**

**JAMES A. YATES and AMY B. VAN FOSSEN, n/k/a AMY B. JACKSON,**

        **Defendants.**

## ORDER

This cause comes before the Court on Defendant James A. Yates' Renewed Motion for Costs and Attorneys' Fees (Doc. No. 224) and Defendant James A. Yates' Motion for Attorney's Fees Against Attorney Joel Rosenblatt Pursuant to 28 U.S.C. Section 1927 (Doc. No. 225) filed November 2, 2010, and November 3, 2010, respectively.

On December 17, 2010, the United States Magistrate Judge issued a report (Doc. No. 232) recommending that the motions be denied. No objections have been filed. Therefore, it is **ORDERED** as follows:

1. The Report and Recommendation is **CONFIRMED** and **ADOPTED** as part of this Order.

2. Defendant James A. Yates' Renewed Motion for Costs and Attorneys' Fees (Doc. No. 224) is DENIED.

3. Defendant James A. Yates' Motion for Attorney's Fees Against Attorney Joel Rosenblatt Pursuant to 28 U.S.C. Section 1927 (Doc. No. 225) is DENIED.

**DONE** and **ORDERED** in Chambers, Orlando, Florida on this 4th day of January, 2011.

                                                   **GREGORY A. PRESNELL**
                                                 **UNITED STATES DISTRICT JUDGE**

Copies furnished to:

United States Magistrate Judge
Counsel of Record
Unrepresented Party